1  YOUR NAME **SAMPLE** Agustin Munoz Perez
   YOUR ADDRESS **SAMPLE** 655 Del Cardo Ave. San Diego CA. 92154
2  YOUR TELEPHONE NUMBER **SAMPLE** (619) 717-9771

   13 JAN 15 PM 2:10

   [COURT STAMP]
   NP                         DEPUTY

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
               (Must start on line 8 or below)

11 **SAMPLE**                          )       '13 CV 0108 WQH BLM
                                       )
12 Agustin Munoz Perez                 )
13         -v-                         )       Case No. GS233719
   **SAMPLE**                          )       (To be assigned at time of filing)
14                                     )
15 Metropolitan Transit System         )
                                       )       COMPLAINT FOR (Brief description of document)
16                                     )
                                                                        **SAMPLE**
17 Plaintiff alleges:
18                                     **SAMPLE**
19 I, Agustin Munoz Perez
20 I'm suing the Metropolitan Transit System and the
21 State as well because of the damage physically
22 and emotionally caused. My Health benefits have
23 gone down to 50% when originally it was 100%
24 because of the incident that happend 3 years ago.
25 As a citizen of The United States my civil rights
26 were abused.
27
28
::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

[signature]